

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------X
**JOHN and GERALDINE PERRICELLI,**

         **Plaintiff,**

    -against-

**CARMEL CENTRAL SCHOOL DISTRICT,**

         **Defendant.**
--------------------------------------X

**06 Civ. 02114 (CM) (LMS)
JUDGMENT**

Whereas the above entitled action having been assigned to the Honorable Colleen McMahon, U.S.D.J., and the Court thereafter on February 9, 2007, having handed down an endorsed copy of the Report and Recommendation (docket #15), reviewing the Report and Recommendation, no objections were lodged by any party, adopting the Report and Recommendation as the opinion of the Court, granting Defendant's motion for summary judgment (docket #10) and denying Plaintiff's cross motion(docket #9), it is,

**ORDERED, ADJUDGED AND DECREED:** The Court has reviewed the Report and Recommendation, no objections were lodged by any party. The Report and Recommendation is adopted as the opinion of the Court. Defendant's motion for summary judgment (docket #10) is granted, Plaintiff's cross motion (docket #9)is denied, the case is hereby closed.

**DATED: White Plains, New York
         February 16, 2007**

_J. Michael McMahon_-Clerk of Court

MICROFILM
USDC SD NYWP
FEB 16 2007